**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 25-7008**

─────────

RICKEL MARQUAVIUS DANIEL JEFFRIES,

Plaintiff - Appellant,

v.

GENERAL ASSEMBLY OF S.C.; ALAN WILSON, Attorney General; JOE KERNELL; HOBART LEWIS, Sheriff; JAMES E. HUDSON, Magistrate; CINDY CRICK, Head Solicitor; SCOTT BODIFORD; MARK KEEL, Chief of S.L.E.D.,

Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, Chief District Judge.  (6:25-cv-12313-TMC)

─────────

Submitted:  July 16, 2026                          Decided:  July 20, 2026

─────────

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Rickel Marquavius D. Jeffries, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rickel Marquavius Daniel Jeffries appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Jeffries's 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error. Accordingly, we affirm. *Jeffries v. Gen. Assembly of S.C.*, No. 6:25-cv-12313-TMC (D.S.C. Nov. 19, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*